IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Quincy J. Allen, ) | Case No. 0:18-cv-01544-DCC-PJG |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Willie D. Davis, *Warden, Kirkland* ) | |
| *Reception and Evaluation Center*, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, Quincy J. Allen, filed this capital habeas matter on May 25, 2018. (ECF No. 1). On May 15, 2019, Allen filed an amended petition, the operative pleading in this case. (ECF No. 39). On July 15, 2019, Respondent moved for summary judgment. (ECF No. 51).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(c), all pretrial matters have been automatically referred to the assigned magistrate judge. The court now withdraws the reference of Respondent's motion for summary judgment (ECF No. 51) for consideration without a report and recommendation. All other matters, including case management and non-dispositive motions, remain referred to the magistrate judge.

**IT IS SO ORDERED.**

s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge

August 2, 2019
Spartanburg, South Carolina